## PARKES v. WHITNEY OPERA CO.

(Supreme Court, Appellate Term, First Department.   November 8, 1912.)

COURTS (§ 190*)—MUNICIPAL COURTS—SUBMISSION OF CONTROVERSY ON
AGREED STATEMENT OF FACTS—AFFIDAVITS.
   Where the agreed statement of facts submitted to the Municipal Court
contains no affidavit in accordance with the requirements of Municipal
Court Act (Laws 1902, c. 580) § 241, that court has no jurisdiction to
render a judgment.
   [Ed. Note.—For other cases, see Courts, Dec. Dig. § 190.*]

Appeal from Municipal Court, Borough of Manhattan, Third District.

Action by Nellie Parkes against the Whitney Opera Company. From a judgment of the Municipal Court, rendered in favor of plaintiff, defendant appeals.   Reversed, and new trial ordered.

Argued October term, 1912, before SEABURY, GUY, and BIJUR, JJ.

Maurice Meyer, of New York City (Arthur C. Kahn, of New York City, of counsel), for appellant.

PER CURIAM.   The agreed statement of facts submitted to the lower court contained no affidavit in accordance with the requirements of section 241 of the Municipal Court Act, and therefore the court below had no jurisdiction to render a judgment.   Herz v. Illinois Surety Co., 123 N. Y. Supp. 808.

Judgment reversed, without costs, and a new trial ordered.